UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

THE INDEPENDENCE PROJECT, INC., a New Jersey Non-Profit Corporation, and RONALD MOORE, Individually,

   Plaintiffs,

vs.

EDISON CENTER ASSOCIATES, a New Jersey Partnership,

   Defendant.
_____/

Case No. 2:17-cv-00783-SDW-LDW

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiffs, The Independence Project, Inc., a New Jersey Non-Profit Corporation, and Ronald Moore, Individually, by and through their undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1. The Plaintiffs requests that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation for Dismissal With Prejudice, or, on good cause shown, to re-open the case for further proceedings.

The Independence Project, Inc., et al.<br>
v. Edison Center Associates<br>
Case No.: 2:17-cv-00783-SDW-LDW

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **13th** day of **November, 2017**, a true and correct copy of the foregoing was sent via e-mail to counsel for the Defendant, Trevor A. Prince, Esq., trevor.princejr@wilsoneisler.com, Wilson, Eisler, Moskowitz, Edelman, & Dicker, LLP, 1133 Westchester Avenue, White Plains, NY   10604.

 

_____
Alan R. Ackerman, Esq. (AA9730)
1719 Route 10 East, Suite 106
Parsippany, NJ   07054
Telephone: (973) 898-1177 x 122
Facsimile: (973) 898-1230
araesq@alanackermanlaw.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*